**Anthony T. BUDD, Claimant–Appellant,**

**v.**

**Anthony J. PRINCIPI, Secretary of Veterans Affairs, Respondent–Appellee.**

No. 02–7369.

United States Court of Appeals, Federal Circuit.

Oct. 14, 2004.

ORDER

Pursuant to the Court's letter dated September 16, 2004,

IT IS ORDERED THAT:

This appeal is dismissed.

**Peter A. LOMBARDO, Claimant–Appellant,**

**v.**

**Anthony J. PRINCIPI, Secretary of Veterans Affairs, Respondent–Appellee.**

No. 02–7370.

United States Court of Appeals, Federal Circuit.

Oct. 14, 2004.

ORDER

Pursuant to the Court's letter dated September 16, 2004,

IT IS ORDERED THAT:

This appeal is dismissed.

**Ronald L. SKINNER, Claimant–Appellant,**

**v.**

**Anthony J. PRINCIPI, Secretary of Veterans Affairs, Respondent–Appellee.**

No. 02–7371.

United States Court of Appeals, Federal Circuit.

Oct. 14, 2004.

ORDER

Pursuant to the Court's letter dated September 16, 2004,

IT IS ORDERED THAT:

This appeal is dismissed.